```
 1
 2
 3                                                    FILED
                                             CLERK, U.S. DISTRICT COURT
 4
 5                                                MAR 2 6 2025
 6                                           CENTRAL DISTRICT OF CALIFORNIA
                                             EASTERN DIVISION    BY DEPUTY
 7
 8
 9
10                  UNITED STATES DISTRICT COURT
11                 CENTRAL DISTRICT OF CALIFORNIA
12
13
14
15   UNITED STATES OF AMERICA,  )  5:25-00149MJ-001
16              Plaintiff,      )  ORDER OF DETENTION AFTER
                                )  HEARING ( Fed.R.Crim.P. 32.1(a)(6)
17        v.                    )  Allegations of Violations of Probation
                                )  Supervised Release)
18   ALFONSO CASTANEDA-RIOS     )  Conditions of Release)
                                )
19                              )
              Defendant.        )
20   _____)
21        On arrest warrant issued by a United States District Court involving alleged
22   violations of conditions of probation or Supervised Release,
23        The court finds no condition or combination of conditions that will
     reasonably assure:
24
          (A)    (✓)  the appearance of defendant as required; and/or
25
          (B)    (✓)  the safety of any person or the community.
26
     //
27   //
28
```

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- Underlying Allegations (Absconding)
- Recent Felony Conviction

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- Allegation of Absconding
- Immigration Status
- Associated with Multiple Pers. I.D.
- No Identified Bail Resources

IT IS ORDERED that defendant be detained.

DATED: 3/26/25

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2